**ROBERT J. BOYLE**
**Attorney At Law**
350 Broadway
Suite 308
New York, N.Y. 10013
(212) 431-0229
(212) 431-0107 (fax)

January 13, 2006

The Honorable Allyne R. Ross
United States District Judge
225 Cadman Plaza East
Brooklyn, N.Y. 11201

> The application is granted. Petitioner's reply shall be filed by Jan. 25, 2006. So ordered
>
> [signature] USAJ  1/17/c
> cc: parties

Re: *Edmonson v. Artus*
04-CV-5477 (ARR)

Dear Judge Ross:

This letter is respectfully submitted to request an extension from January 16, 2006 to January 25, 2006 to file petitioner's reply memorandum in this 28 U.S.C. §2254 proceeding.

The reason for this request is that my client has requested an opportunity to review my memorandum before its submission to the Court. As he is incarcerated in Dannemora, N.Y. and currently does not have telephone privileges, comments need to be exchanged through the mail.

Assistant District Attorney Victor Barrall has consented to this request. Thank you for your kind attention to this matter.

Respectfully submitted,

ROBERT J. BOYLE

RJB:bms

cc: ADA Barrall